# FILED

SEP 1 8 2009

RICHARD W WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| John Berry, | ) Case No. 09-cv-00499 EMC |
| Plaintiff(s), | ) **ORDER APPOINTING COUNSEL** |
| vs. | ) |
| USCF/The Regents of the University of California, | ) |
| Defendant(s). | ) |

Because the Plaintiff has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Dan Roth (appearing *pro hac vice*) and Jennifer Greengold Healey are hereby appointed as counsel for John Berry for the limited purpose of representing him up through and including the hearing on the dispositive motion that Defendant, UCSF/The Regents of the University of California, has indicated that it intends to file.

IT IS SO ORDERED.

Dated:  September 18, 2009

_____
Magistrate Judge Edward M. Chen