# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHN BERRY,

    Plaintiff,

vs.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendants.

**Civil Case No. 09-0499 (EMC)**

**Magistrate Judge Bernard Zimmerman**

**[PROPOSED] ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE DATE**

    Because counsel for Mr. Berry was unable to reach Mr. Berry to submit a settlement demand to counsel for The Regents of the University of California, the parties to this action agreed to stipulate to continue the Settlement Conference currently scheduled for December 17, 2009;

    **IT IS HEREBY ORDERED THAT** the parties' joint request to continue the Settlement Conference is granted. Accordingly, the Settlement Conference shall be reset on January 26, 2010, at 9:00 a.m.

Dated: December 10, 2009

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

**[PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE DATE; CASE NO.09-0499; PAGE 1 OF 1**