# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHN BERRY,

    Plaintiff,

vs.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA/"UCSF,"

    Defendant.

**Civil Case No. 09-0499 (EMC)**

**Hon. Edward M. Chen**

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

The parties having stipulated to dismissal of this action with prejudice pursuant to their settlement of the claims therein;

This case is hereby DISMISSED, with prejudice. The parties shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: January 29, 2010



_____
CHEN
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE;**
**CASE NO. 09-0499; PAGE 1 OF 1**